AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| MARIA DIMAGGIO on behalf of her minor child, C.D., <br><br> *Plaintiff(s)* <br> v. <br> the ROCKY POINT UNION FREE SCHOOL DISTRICT; the BOARD OF EDUCATION of the ROCKY POINT UNION FREE SCHOOL DISTRICT; SUSAN SULLIVAN; SEAN CALLAHAN; GREG AMENDOLA; ED CASSWELL; JOSEPH CONIGLIONE; ANDREA MOSCATIELLO; KRISTEN WHITE; VIRGINIA KELLY-GIBBONS; MARC MUCHNIK; and FIRST STUDENT, INC., <br><br> *Defendant(s)* | Civil Action No.  2:18-cv-05993 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

    KRISTEN WHITE
    82 Rocky Point Yaphank Road
    Rocky Point, New York 11778

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                                           DOUGLAS C. PALMER
                                                                           *CLERK OF COURT*

Date: _____

                                                                           *Signature of Clerk or Deputy Clerk*